Peter DEACON, individually and on behalf of all others similarly situated, Plaintiff–Appellant,

v.

PANDORA MEDIA, INC., a Delaware corporation, Defendant–Appellee.

No. 12–17734

United States Court of Appeals, Ninth Circuit.

Argued and Submitted February 11, 2015 San Francisco, California

Filed July 21, 2016

Ari Jonathan Scharg, Attorney, Ryan D. Andrews, Jay Edelson, James Dominick Larry, Edelson P.C., Chicago, IL, for Plaintiff–Appellant

Michele D. Floyd, Esquire, Attorney, Sacks, Ricketts & Case LLP, San Francisco, CA, Jacob A. Sommer, Attorney, Marc Zwillinger, Attorney, ZwillGen PLLC, Washington, DC, for Defendant–Appellee

Before: SCHROEDER, and SILVERMAN, Circuit Judges, and HUCK,* District Judge.

### ORDER **

On February 24, 2015, we certified a question to the Michigan Supreme Court,

---

* The Honorable Paul C. Huck, United States District Judge for the U.S. District Court for Southern Florida, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provid-

which it modified and answered on July 6, 2016.

In view of the Court's answer, which dispositively resolves this case, the judgment of the district court is AFFIRMED.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.